# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CREDIT MANAGERS ASSOCIATION ) <br> OF CALIFORNIA, dba CMA BUSINESS ) <br> CREDIT SERVICES, a California ) <br> corporation, as assignee for the benefit ) <br> of creditors of WEEKEND WARRIOR ) <br> TRAILERS, INC., ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> WESCO DISTRIBUTION, INC., ) <br> ) <br> Defendant. ) | Civil Action No. _____ |

## NOTICE OF REMOVAL PURSUANT TO 28 U.S.C. § 1441(B) – DIVERSITY JURISDICTION

**TO THE CLERK OF THE ABOVE-ENTITLED COURT:**

**PLEASE TAKE NOTICE** that defendant Wesco Distribution, Inc. ("Defendant") hereby removes to this Court the state court action described below:

1. On or about July 16, 2009, Plaintiff ("Plaintiff") Credit Managers Association of California, dba CMA Business Credit Services, a California corporation, as assignee for the benefit of creditors of Weekend Warrior Trailers, Inc. commenced an action in the Superior Court of the State of Delaware in and for New Castle County, entitled *Credit Managers Association of California, dba CMA Business Credit Services, a California corporation, as assignee for the benefit of creditors of Weekend Warrior Trailers, Inc. v. Wesco Distribution, Inc.*, Case No. 09C-07-167 RRC. A copy of the complaint is attached hereto as Exhibit "A."

LA-344073 v1

2.      The first date upon which Defendant received a copy of Plaintiff's complaint, Exhibit A, was August 11, 2009 when Defendant was served with a copy of said complaint and a summons from the said state court.  A copy of the summons is attached hereto as Exhibit "B."  As such, Defendant is removing this case within thirty days of the date it was first served with a copy of the complaint, as computed pursuant to Rule 6 of the Federal Rules of Civil Procedure.

3.      This action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1332, and is one which may be removed to this Court by Defendant pursuant to 28 U.S.C. § 1441(b) in that it is a civil action between citizens of different states and the matter in controversy exceeds $75,000, exclusive of interest or costs, because Plaintiff alleges factual allegations supporting damages for alleged preferential transfers to Defendant in the amount of $240,157.53.  Plaintiff further seeks costs incurred in the suit.  As such, the amount in controversy exceeds $75,000.

4.      As stated in Plaintiff's complaint, Plaintiff was, and still is, a California corporation with its principal place of business in California.  Therefore, pursuant to 28 U.S.C. § 1332(c)(1), Plaintiff is a citizen of the state of California.  *See* Exhibit A.

5.      Defendant was, at the time of the filing of this action, and still is, a citizen of Delaware and Pennsylvania pursuant to 28 U.S.C. § 1332(c)(1) because Defendant is incorporated under the laws of the state of Delaware and has its principal place of business in Pittsburgh, Pennsylvania.  Defendant is the only defendant that has been named and served in this action.

6.      A copy of this Notice of Removal is being filed with the Clerk of the Superior Court of the State of Delaware in and for Newcastle County

7.   A copy of this Notice of Removal is also being served on Plaintiff.

Dated: September 9, 2009              Respectfully submitted,

By:   /s/ AnnaMartina Tyreus
Kevin J. Mangan, Esq. (#3810)
AnnaMartina Tyreus, Esq. (#4771)
Womble Carlyle Sandridge & Rice, PLLC
222 Delaware Avenue, Suite 1501
Wilmington, DE 19801
Phone: 302.252.4361
Fax: 302.661.7729
Email: kmangan@wcsr.com

-and-

David Murdoch, Esq.
K&L Gates LLP
535 Smithfield Street
Pittsburgh, PA 15222
Phone: 412.355.6500
Fax: 412.355.6501
Email: david.murdoch@klgates.com

Attorneys for Wesco Distribution, Inc.

LA-344073 v1
WCSR 4200836v1